IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANDREA A., ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 7:20-CV-650 |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, Acting Commissioner ) | By: Michael F. Urbanski |
| of Social Security, ) | Chief United States District Judge |
| ) | |
| Defendant ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 15) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 17) is **GRANTED**, the report and recommendation (ECF No. 19) is **ADOPTED in its entirety**, plaintiff's objection (ECF No. 22) is **OVERRULED**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: 11/23/2021

Michael F. Urbanski
Chief United States District Judge